1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | RACHEL HILL, Bar #151522
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
NULEK SINGKEOVILAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:11-mj-00089 SKO-1 |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE MOTIONS ) SCHEDULE; ORDER THEREON |
| v. | ) |
| NULEK SINGKEOVILAY, | ) Date:  March 22, 2012 ) Time:  10:00 A.M. |
| Defendant | ) Hon. Dennis L. Beck |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that a new motions schedule be set, but that the hearing on motions now set for March 22, 2012, at 10:00 A.M. before The Honorable Dennis L. Beck shall remain as presently scheduled.  The requested new motions schedule is as follows:

| **Event:** | **Present Date:** | **Requested New Date:** |
|---|---|---|
| Motions Due | December 16, 2011 | February 9, 2012 |
| Replies Due | January 20, 2012 | March 1, 2012 |
| Responses Due | February 10, 2012 | March 8, 2012 |

This continuance is requested by counsel for defendant to allow the parties additional time to attempt to investigate, confer and potentially resolve the matter.  New counsel for the government has recently been assigned and it is possible that the parties may be able to resolve the matter without the necessity of motions.  This revised schedule has been discussed and agreed to by Assistant United States Attorney Wallace Lee and Assistant Federal Defender Rachel Hill.  The requested continuance will conserve time and resources for all parties and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice will be served by a continuance.

BENJAMIN B. WAGNER
United States Attorney

DATED: December 2, 2011          /s/ Wallace Lee
                                  WALLACE LEE
                                  Assistant United States Attorney
                                  Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: December 2, 2011          /s/ Rachel W. Hill
                                  RACHEL W. HILL
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  NULEK SINGKEOVILAY

# O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated:   **December 5, 2011**          /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE